HSI



# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED

JAN 0 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

|  |  |
|---|---|
| United States of America<br>v.<br><br>ISIDRO SOTO-RODRIGUEZ<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.  1:26-mj-__1_____ |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ISIDRO SOTO-RODRIGUEZ                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment       ❐ Superseding Indictment       ❐ Information       ❐ Superseding Information       ☑ Complaint

❐ Probation Violation Petition       ❐ Supervised Release Violation Petition       ❐ Violation Notice       ❐ Order of the Court

This offense is briefly described as follows:
  Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).

Date:   01/05/2026

City and state:   Chattanooga, TN

_____
*Issuing officer's signature*

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/05/2026 , and the person was arrested on *(date)* 01/05/2026
at *(city and state)* Chattanooga, TN .

Date: _____

_____
*Arresting officer's signature*

Danielle DeSanctis, HSI/SA
*Printed name and title*