U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga
Date: 1/21/2026      Courtroom: 1A - Chattanooga

Initial Appearance: ☐ Complaint ☐ Indictment ☐ SSI ☑ Information ☐ Violation Petition
☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

## Case No. 1:26-cr-2      USA v. Isidro Soto-Rodriguez

Present Before: HONORABLE Christopher H. Steger    ☐ U.S. Magistrate Judge

**Frank Clark**      **Michael Henry**
Assistant U.S. Attorney    Attorney for Defendant    US Probation Officer
     ☐ Appt. ☐ Retd. ☐ Ltd. App.
Dana Bellamy    Digital Recording 1A    Laura Garcia-Hein
Courtroom Deputy    Court Reporter / Digital Recording    Interpreter
     ☑ SWORN

**PROCEEDINGS**:
- ☑ Financial affidavit executed    Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
- ☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☑ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
- ☑ Deft. pleads not guilty on counts _____    ☐ Deft. entered no plea
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

### DATES SET:

Jury Trial: _____    Final Pretrial Conf.: _____
Detn Hrg: _____    Preliminary Examination: _____
Arraignment: _____    Motion Hrg: _____
Status Conf: _____    Other Hrg: **Indictment Waived**
Revocation Hrg: _____

### DEADLINES SET:

Discovery Ddl: _____    Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____    Response Ddl: _____
Plea Ddl: _____    Other: _____

BOND:
- ☑ Government moved for detention
- ☑ Dft WAIVED detention hrg. ☐ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy _____, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-26-cr-2 20260121 094141 _____    Court time: 10:23 to 10:43