# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ REARRAIGNMENT

☐ WAIVER OF INDICTMENT/PLEA

Case No. 1:26-cr-2     USA v. Isidro Soto-Rodriguez

**PRESENT:** Honorable Christopher H. Steger     ☐ U.S. District Judge  ☑ U.S. Magistrate Judge

| | | |
|---|---|---|
| Sarah Klapman | Michael Henry | |
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Dana Bellamy | Libby White | Nikolaj Widenmann |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

☐ **SWORN**

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Waiver executed
- ☐ Deft waived reading of indictment/information
- ☐ Indictment ☑ Information read
- ☑ Defendant pleads guilty to Count(s) 1
- ☑ Court finds deft competent to plead; plea voluntary
- ☑ Guilty plea accepted by Court; deft adjudged guilty
- ☑ Plea Agreement filed - - - - -     Agreement: ☐ sealed ☑ not sealed

**BOND**: ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING**: 8/12/2026 2:00 pm

**OTHER MATTERS**:

1-26-cr-2_20260317_104258

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: 11:28 to 12:09          Date: 3/17/2026