**JUDGMENT:** Case No. 1:26-cr-00002-CLC-CHS-1  USA v. Isidro Soto-Rodriguez

**PRESENT:** Honorable Curtis L. Collier    ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

Russ Swafford | Michael E Henry | 
Assistant U.S. Attorney | Attorney for Defendant | Probation Officer
Barbara Lewis | Libby White | Carola Lehmacher-Richez
Courtroom Deputy | Court Reporter | Interpreter    ☐ **SWORN**

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied       Govt motion for third point reduction for acceptance of
upward departure: ☐ granted ☐ denied       responsibility ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak       Document(s) all except PSR   ☑ unsealed ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes     ☐ Exhibits in vault

**IMPRISONMENT:** 15_____ **MONTHS on COUNT(s)** One of the Information _____

_____

**SUPERVISED RELEASE/PROBATION:** 1_____ **YEARS on COUNT(s)** One of the Information _____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**
☐ report to Probation Officer w/in 72 hrs of release          ☐ pay any financial penalty due
☑ not commit another federal, state or local crime          ☐ provide Probation Office w/access to any required financial info
☑ abide by standard conditions on Local Rule 83.10          ☐ not incur new credit charges or open additional lines of credit
☑ not possess a firearm or other destructive device          ☐ no contractual agreements which obligate funds
☑ not illegally possess or use a controlled substance          ☐ not be employed in position of trust
☑ participate in collection of DNA          ☐ participate in program of testing/treatment for drug/alcohol abuse
☑ submit to search          ☐ wear electronic device and pay for service at prevailing rate
☐ perform _____ hours of community service          ☐ maintain telephone w/out any special services or devices
☐ comply with any BICE deportation orders          ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

**OTHER CONDITIONS:** If the deft is deported, the deft shall not reenter the US without the permission of the AG or the Secretary of Homeland Security. If the deft does reenter the US, the deft must report to the nearest USPO within 72 hours of reentry. _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived  **SPECIAL ASSESSMENT:** $100.00_____  ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay  ☑ Deft informed of right to appeal  ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:10_____ to 2:30_____       Date: 8/12/2026_____

Rev. 3/10